# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Paul D. Cassell,

        Petitioner,                         JUDGMENT IN A CIVIL CASE

vs.                                       3:09cv163

Alvin Keller, Jr.,

        Respondent.

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/12/2009 Order.

Signed: May 12, 2009

*Frank G. John*

Frank G. Johns, Clerk
United States District Court